| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>             turner.falk@saul.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC,<br><br>                              Debtor.<br>Tax I.D. No. 80-0403560 | Chapter 11<br><br>Case No. 25-11370-JKS<br>(Joint Administration Requested) |
| In re:<br><br>NORTHLANDS ORTHOPAEDIC INSTITUTE LLC,<br><br>                              Debtor.<br>Tax I.D. No. 83-0549828 | Chapter 11<br><br>Case No. 25-11372-JKS<br><br>(Joint Administration Requested) |
| NEW JERSEY ORTHOPAEDIC INSTITUTE LLC and NORTHLANDS ORTHOPAEDIC INSTITUTE LLC,<br><br>                              Plaintiffs,<br><br>v.<br><br>ANTHONY FESTA, M.D., ANTHONY SCILLIA, M.D., CRAIG WRIGHT, M.D., JOHN CALLAGHAN, M.D., CASEY PIERCE, M.D., AND ACADEMY ORTHOPAEDICS LLC,<br><br>                              Defendants, | Adv. Pro. No. 25-01036-JKS |

## APPLICATION FOR THE ENTRY OF AN ORDER TO SHOW CAUSE

55085717.1

New Jersey Orthopaedic Institute LLC and Northlands Orthopaedic Institute LLC (the "Debtors"), submit this application for the entry of an Order to Show Cause, and respectfully represent that:

1. On February 10, 2025, the Debtors filed a Verified Complaint to (I) Avoid and Recover Preferential Transfer and (II) Enforce the Automatic Stay Pursuant to 11 U.S.C. §362(a) ("Verified Complaint").

2. The Verified Complaint seeks to avoid levies on the Debtors' Bank Accounts (as defined in the Verified Complaint) at various institutions which was made pursuant to a writ of execution entered by the Superior Court of New Jersey Passaic County Chancery Division General Equity on January 30, 2025.

3. The levies occurred within ninety (90) days of the commencement of the Debtors' case and is avoidable pursuant to 11 U.S.C. §547.

4. The levies may also not be enforced due to the automatic stay pursuant to 11 U.S.C. §362(a)(2).

5. The total amount sought via the levies, $7,771,214.04, exceeds all funds being held across all of the Debtors' bank accounts.

6. The Debtors seek to obtain an order directing that the levied funds in these bank accounts be released to the Debtors for its ongoing operations.

7. The Debtors need the injunctive relief sought in this application to return the funds for its operations and to prevent irreparable harm to its business.

WHEREFORE, the Debtors respectfully request that the Order to Show Cause be entered by the Court.

55085717.1

                                        SAUL EWING LLP
                                        Proposed Counsel for Plaintiffs New Jersey
                                        Orthopaedic Institute LLC and Northlands
                                        Orthopaedic Institute LLC

Dated: February 10, 2025          By: */s/ Stephen B. Ravin*
                                                  Stephen B. Ravin, Esq.

55085717.1