## New Jersey Business Gateway
### Business Entity Information and Records Service
Business Id : 0450970009

```
Status Report For:         AMERICAN BONE AND JOINT INSTITUTE LLC
Report Date:               2/26/2025
Confirmation Number:       250573624050
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:        0450970009
Business Type:             DOMESTIC LIMITED LIABILITY COMPANY
Status:                    ACTIVE
Original Filing Date:      05/16/2023
Stock Amount:              N/A
Home Jurisdiction:         NJ
Status Change Date:        NOT APPLICABLE
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start Date:    N/A
DOR Suspension End Date:      N/A
Tax Suspension Start Date:    N/A
Tax Suspension End Date:      N/A
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:       MAY
Last Annual Report Filed:  04/04/2024
Year:                      2024
```

**AGENT/SERVICE OF PROCESS (SOP) INFORMATION**

```
Agent:                     CHARLES H NEWMAN
Agent/SOP Address:         84 BLOOMFIELD AVENUE ,PINE BROOK,NJ,07058
Address Status:            DELIVERABLE
Main Business Address:     504 VALLEY ROADSUITE 200,WAYNE,NJ,07470
Principal Business Address: N/A
```

**ASSOCIATED NAMES**

```
Associated Name:           N/A
Type:                      N/A
```

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0450970009

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | MANAGING MEMBER |
| Name: | McInerney,Vincent |
| Address: | 504 Valley Rd Suite 200,Wayne,NJ 07470 |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/dor/businessRecords/ and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate)Date: | 2023 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| Annual Report filing with officer/member change | 2024 |

Note:
Copies of some of the charter documents above, particularly those filed before August 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0450970009

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/dor/businessRecords/ periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF FORMATION

### AMERICAN BONE AND JOINT INSTITUTE LLC
### 0450970009

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 05/16/2023 and was assigned identification number 0450970009. Following are the articles that constitute its original certificate.

1. **Name:**
   AMERICAN BONE AND JOINT INSTITUTE LLC

2. **Registered Agent:**
   CHARLES H NEWMAN

3. **Registered Office:**
   84 BLOOMFIELD AVENUE
   PINE BROOK, NEW JERSEY 07058

4. **Business Purpose:**
   MEDICAL PRACTICE AND ANY OTHER LAWFUL PURPOSE

5. **Effective Date of this Filing is:**
   05/16/2023

6. **Main Business Address:**
   504 VALLEY ROAD
   SUITE 200
   WAYNE, NEW JERSEY 07470

   **Signatures:**
   CHARLES H. NEWMAN
   AUTHORIZED REPRESENTATIVE

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 16th day of May, 2023*

*Elizabeth Maher Muoio*
*State Treasurer*

*Certificate Number : 4208142607*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*