Form order − ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  New Jersey Orthopaedic Institute LLC
Debtor

Case No.: 25−11370−JKS
Chapter 11

New Jersey Orthopaedic Institute LLC
Plaintiff

v.

Anthony Festa, MD
Defendant

Adv. Proc. No. 25−01036−JKS                Judge: John K. Sherwood

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 28, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 12 − 4
SECOND INTERIM ORDER TO AVOID AND RECOVER PREFERENTIAL TRANSFERS, ENFORCE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362, AND ORDER TO SHOW CAUSE(related document:4 Order to Show Cause re: to avoid and recover preferential transfers, enforce the automatic stay pursuant to 11 U.S.C.. §362. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/11/2025 Show Cause hearing to be held on 2/13/2025 at 04:00 PM at JKS − Courtroom 3D, Newark. (zlh)).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/28/2025 (mff)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 28, 2025
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

New Jersey Orthopaedic Institute LLC,
    Plaintiff

Adv. Proc. No. 25-01036-JKS

Festa, MD,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Feb 28, 2025     Form ID: orderntc     Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Academy Orthopaedics, LLC, Brach Eichler LLC, c/o Paul DeMartino, Esq., 101 Eisenhower Parkway, Roseland, NJ 07068-1053 |
| dft | + | Anthony Festa, MD, 32 Condit Rd, Mountain Lakes, NJ 07046-1227 |
| dft | + | Anthony Scillia, MD, 1125 Maxwell Lane, Unit 600, Hoboken, NJ 07030-6842 |
| dft | + | Casey Pierce, MD, 105 Andover Rd, Wayne, NJ 07470-2951 |
| dft | + | Craig Wright, MD, 3 Briar Hill Rd, Montclair, NJ 07042-1602 |
| dft | + | John Callaghan, MD, 107 Upper Mountain Avenue, Montclair, NJ 07042-1903 |
| pla | + | New Jersey Orthopaedic Institute LLC, 504 Valley Road, Suite 200, Wayne, NJ 07470-3534 |
| pla | + | Northlands Orthopaedic Institute LLC, 504 Valley Road, Suite 200, Wayne, NJ 07470-3534 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl J. Soranno | on behalf of Defendant Craig Wright MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Casey Pierce MD csoranno@bracheichler.com, |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2025 | Form ID: orderntc | Total Noticed: 8 |

    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
    on behalf of Defendant Anthony Festa MD csoranno@bracheichler.com,
    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
    on behalf of Defendant Anthony Scillia MD csoranno@bracheichler.com,
    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
    on behalf of Defendant Academy Orthopaedics LLC csoranno@bracheichler.com,
    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
    on behalf of Defendant John Callaghan MD csoranno@bracheichler.com,
    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Stephen B. Ravin
    on behalf of Plaintiff New Jersey Orthopaedic Institute LLC sravin@saul.com jgillman@saul.com

Stephen B. Ravin
    on behalf of Plaintiff Northlands Orthopaedic Institute LLC sravin@saul.com jgillman@saul.com

Turner Falk
    on behalf of Plaintiff New Jersey Orthopaedic Institute LLC turner.falk@saul.com
    catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Plaintiff Northlands Orthopaedic Institute LLC turner.falk@saul.com
    catherine.santangelo@saul.com;tnfalk@recap.email

TOTAL: 10