| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.,<br><br>                                    Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |
| NEW JERSEY ORTHOPAEDIC INSTITUTE LLC and NORTHLANDS ORTHOPAEDIC INSTITUTE LLC,<br><br>                                    Plaintiffs,<br>v.<br><br>ANTHONY FESTA, M.D., ANTHONY SCILLIA, M.D., CRAIG WRIGHT, M.D., JOHN CALLAGHAN, M.D., CASEY PIERCE, M.D., AND ACADEMY ORTHOPAEDICS LLC,<br><br>                                    Defendants. | Adv. Pro. No. 25-01036 (JKS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 11, 2025, AT 2:00 PM (ET)

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55190203.2

**MATTERS GOING FORWARD**

**1.    NONE.**

**RESOLVED OR NO-OBJECTION MATTERS**

1. Interim Hearing Regarding Order To Show Cause Related To Complaint To Avoid And Recover Preferential Transfers, Enforce The Automatic Stay Pursuant To 11 U.S.C. §362, And Order To Show Cause

    **Related Pleading:** None in opposition.

    **Status**: The Debtors do not require an additional distribution from escrow during the coming two-week period. The Debtors and Defendants request this matter be adjourned to March 25, 2025 to allow the parties to discuss settlement. The Debtors will submit a proposed order.

2. Debtors' Motion Pursuant To 11 U.S.C. §§ 105 And 366 Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services On Account Of Prepetition Claims, Establishing Procedures For Determining Requests For Additional Adequate Assurance And For Related Relief

    **Related Pleading:** None in opposition.

    **Status:** The proposed order attached to the motion may be entered by the Court.

3. Debtors' Motion For Entry Of An Order Excusing Appointment Of Patient Care Ombudsman

    **Related Pleading:** Response Of The United States Trustee To Debtors' Motion For Entry Of An Order Excusing Appointment Of Patient Care Ombudsman.

    **Status:** The Debtors and US Trustee have agreed on a revised form of interim order, which will be submitted to chambers for signature.

4. Debtors' Motion Pursuant To 11 U.S.C. §§ 105(a), 363(b), And 503(b) For Authority To (I) Maintain, Renew And Continue Insurance Policies And Programs And (II) Honor All Insurance Obligations

    **Related Pleading:** Academy Orthopaedics, LLC et. al.'s Limited Objection to Debtors' Motion Pursuant To 11 U.S.C. §§ 105(a), 363(b), And 503(b) For Authority To (I) Maintain, Renew And Continue Insurance Policies And Programs And (II) Honor All Insurance Obligations

    **Status:** The Debtors and objecting parties have agreed on a revised form of order, which will be submitted to chambers for signature.

55190203.2

Dated: March 10, 2025　　　　　　　　　　**SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
　　Stephen B. Ravin, Esquire
　　Turner N. Falk, Esquire
　　1037 Raymond Blvd., Suite 1520
　　Newark, NJ 07102-5426
　　Telephone: (973) 286-6714
　　E-mail: stephen.ravin@saul.com
　　　　　　turner.falk@saul.com

　　*Proposed Counsel for Debtors and Debtors in Possession*

55190203.2