| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | Order Filed on March 12, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |
| NEW JERSEY ORTHOPAEDIC INSTITUTE LLC and NORTHLANDS ORTHOPAEDIC INSTITUTE LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>ANTHONY FESTA, M.D., ANTHONY SCILLIA, M.D., CRAIG WRIGHT, M.D., JOHN CALLAGHAN, M.D., CASEY PIERCE, M.D., AND ACADEMY ORTHOPAEDICS LLC,<br><br>                Defendants. | Adv. Pro. No. 25-01036 (JKS) |

**THIRD INTERIM ORDER TO AVOID AND RECOVER PREFERENTIAL TRANSFERS, ENFORCE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362, AND ORDER TO SHOW CAUSE**

**DATED: March 12, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The relief set forth below is hereby **ORDERED.**

This matter having been brought before the court upon the *Verified Complaint of New Jersey Orthopaedic Institute LLC and Northlands Orthopaedic Institute LLC* (collectively, the "**Debtors**"), through their proposed counsel, Saul Ewing LLP, and upon the objections of the defendants and Judgement Creditors, Anthony Festa, M.D., Anthony Scillia, M.D., Craig Wright, M.D., John Callaghan, M.D., Casey Peirce, M.D. and Academy Orthopaedics, LLC (collectively, the "**Judgment Creditors**"); and the Court having considered the Verified Complaint submitted, and for good cause shown, and by agreement of the Debtors and Judgment Creditors,

IT IS ORDERED that the Debtors may pay Dr. Vincent McInerney 75% of his regular post-petition distribution for the current pay period, in the amount of $14,284.61. This amount shall be paid from the Debtors' post-petition receipts on hand, and not the fund currently held by Saul Ewing LLP pursuant to the Court's February 14, 2025 Order *[ECF # 8]*.

IT IS FURTHER ORDERED that this post-petition payment made to Dr. Vincent McInerney under this Order is without prejudice to any determination by the Court, including any determination by the Court that said payment is in excess of the reasonable value of Dr. Vincent McInerney's post-petition services to the Debtor since the Petition Date and subject to repayment to the Debtors under Sections 549 and 550 of the United States Bankruptcy Code and/or should be characterized as wages (and not distributions) for professional services rendered.

A further hearing in this matter will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, Courtroom 3D, 50 Walnut Street, Newark, New Jersey 07102 on March 25, 2025 at 2:00 p.m.

55080097.5