| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>           turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.,<br><br>                                    Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |
| NEW JERSEY ORTHOPAEDIC INSTITUTE LLC and NORTHLANDS ORTHOPAEDIC INSTITUTE LLC,<br><br>                       Plaintiffs,<br><br>v.<br><br>ANTHONY FESTA, M.D., ANTHONY SCILLIA, M.D., CRAIG WRIGHT, M.D., JOHN CALLAGHAN, M.D., CASEY PIERCE, M.D., AND ACADEMY ORTHOPAEDICS LLC,<br><br>                       Defendants. | Adv. Pro. No. 25-01036 (JKS) |
| ANTHONY FESTA, M.D., ANTHONY SCILLIA, M.D., CRAIG WRIGHT, M.D., JOHN CALLAGHAN, M.D., CASEY PIERCE, M.D., AND ACADEMY ORTHOPAEDICS LLC,<br><br>                       Third-Party Plaintiffs.<br><br>v. | |

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55368895.2

| | |
|---|---|
| VINCENT McINERNEY, M.D.<br><br>Third-Party Defendant. | |

## CERTIFICATE OF SERVICE

    I, Turner N. Falk, Esquire, hereby certify that on April 3, 2025, a copy of the *Plaintiffs' Answer and Affirmative Defenses to Defendants' Counterclaim* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

                                  **SAUL EWING LLP**

                          By:*/s/ Turner N. Falk*
                                Stephen B. Ravin, Esquire
                                1037 Raymond Blvd., Suite 1520
                                Newark, NJ 07102-5426
                                Telephone: (215) 972-8415
                                E-mail: turner.falk@saul.com

Dated: April 3, 2025

55368895.2