Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  New Jersey Orthopaedic Institute LLC
Debtor

Case No.: 25−11370−JKS
Chapter 11

New Jersey Orthopaedic Institute LLC
Plaintiff

v.

Anthony Festa, MD
Defendant

Adv. Proc. No. 25−01036−JKS          Judge: John K. Sherwood

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on April 9, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 25 − 4
FIFTH INTERIM ORDER TO AVOID AND RECOVER PREFERENTIAL TRANSFERS, ENFORCE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362, AND ORDER TO SHOW CAUSE. (related document:4 Order to Show Cause re: to avoid and recover preferential transfers, enforce the automatic stay pursuant to 11 U.S.C.. §362. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/9/2025 (zlh)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 9, 2025
JAN: zlh

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

New Jersey Orthopaedic Institute LLC,
    Plaintiff

Adv. Proc. No. 25-01036-JKS

Festa, MD,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Apr 09, 2025      Form ID: orderntc      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 3pp | + | Anthony Festa, MD, 32 Condit Rd, Mountain Lakes, NJ 07046-1227 |
| 3pp | + | Anthony Scillia, MD, 1125 Maxwell Lane, Unit 600, Hoboken, NJ 07030-6842 |
| 3pp | + | Casey Pierce, MD, 105 Andover Rd, Wayne, NJ 07470-2951 |
| 3pp | + | Craig Wright, MD, 3 Briar Hill Rd, Montclair, NJ 07042-1602 |
| 3pp | + | John Callaghan, MD, 107 Upper Mountain Avenue, Montclair, NJ 07042-1903 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | *+ | Anthony Festa, MD, 32 Condit Rd, Mountain Lakes, NJ 07046-1227 |
| dft | *+ | Anthony Scillia, MD, 1125 Maxwell Lane, Unit 600, Hoboken, NJ 07030-6842 |
| dft | *+ | Casey Pierce, MD, 105 Andover Rd, Wayne, NJ 07470-2951 |
| dft | *+ | Craig Wright, MD, 3 Briar Hill Rd, Montclair, NJ 07042-1602 |
| dft | *+ | John Callaghan, MD, 107 Upper Mountain Avenue, Montclair, NJ 07042-1903 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl J. Soranno | on behalf of 3rd Party Plaintiff John Callaghan MD csoranno@bracheichler.com, |

dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of 3rd Party Plaintiff Craig Wright MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Defendant Craig Wright MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of 3rd Party Plaintiff Anthony Scillia MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Defendant Anthony Scillia MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of 3rd Party Plaintiff Academy Orthopaedics LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of 3rd Party Plaintiff Casey Pierce MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Defendant John Callaghan MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of 3rd Party Plaintiff Anthony Festa MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Defendant Casey Pierce MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Defendant Anthony Festa MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Defendant Academy Orthopaedics LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Stephen B. Ravin
on behalf of Plaintiff Northlands Orthopaedic Institute LLC sravin@saul.com jgillman@saul.com

Stephen B. Ravin
on behalf of Plaintiff New Jersey Orthopaedic Institute LLC sravin@saul.com jgillman@saul.com

Turner Falk
on behalf of Plaintiff New Jersey Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Plaintiff Northlands Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

TOTAL: 16