

Order Filed on June 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:   stephen.ravin@saul.com <br>             turner.falk@saul.com <br><br> *Counsel to the Debtors and Debtors in Possession* | |
| In re: <br><br> NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-11370 (JKS) <br><br> (Jointly Administered) |
| NEW JERSEY ORTHOPAEDIC INSTITUTE LLC and NORTHLANDS ORTHOPAEDIC INSTITUTE LLC, <br><br> Plaintiffs, <br> v. <br><br> ANTHONY FESTA, M.D., ANTHONY SCILLIA, M.D., CRAIG WRIGHT, M.D., JOHN CALLAGHAN, M.D., CASEY PIERCE, M.D., AND ACADEMY ORTHOPAEDICS LLC, <br><br> Defendants. | Adv. Pro. No. 25-01036 (JKS) |

### SIXTH INTERIM ORDER TO AVOID AND RECOVER PREFERENTIAL TRANSFERS, ENFORCE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362, AND ORDER TO SHOW CAUSE

The relief set forth on the following pages numbered two and three, is hereby ORDERED.

**DATED: June 5, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been brought before the court upon the *Verified Complaint of New Jersey Orthopaedic Institute LLC and Northlands Orthopaedic Institute LLC* (collectively, the "**Debtors**"), through their proposed counsel, Saul Ewing LLP, and upon the objections of the defendants and Judgement Creditors, Anthony Festa, M.D., Anthony Scillia, M.D., Craig Wright, M.D., John Callaghan, M.D., Casey Peirce, M.D. and Academy Orthopaedics, LLC  (collectively, the "**Judgment Creditors**"); and the Court having considered the Verified Complaint submitted, and for good cause shown, and by agreement of the Debtors and Judgment Creditors,

IT IS ORDERED that Saul Ewing LLP shall release the amount of $50,000.00 (the "**$50K Transfer**") from the escrowed funds held in connection with this case, and transfer that amount to the Debtors.  The Judgment Creditors' continue to hold a replacement lien and super priority administrative claim on the value of the $50K Transfer, on an interim basis, pending further order of the Court.

IT IS FURTHER ORDERED that the Debtors may pay Dr. Vincent McInerney 75% of his regular post-petition distribution for current and future pay periods, in the amount of $14,284.61. This amount shall be paid from the Debtors' post-petition receipts on hand, and not the funds currently held by Saul Ewing LLP pursuant to the Court's February 14, 2025 Order *[ECF # 8]*.

---

[1]	The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828.  The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

IT IS FURTHER ORDERED that this post-petition payment made to Dr. Vincent McInerney under this Order is without prejudice to any determination by the Court, including any determination by the Court that said payment is in excess of the reasonable value of Dr. Vincent McInerney's post-petition services to the Debtor since the Petition Date and subject to repayment to the Debtors under Sections 549 and 550 of the United States Bankruptcy Code and/or should be characterized as wages (and not distributions) for professional services rendered.

A further hearing in this matter will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, Courtroom 3D, 50 Walnut Street, Newark, New Jersey 07102 on June 17, 2025 at 10:00 a.m.