| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>               turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | <br><br>**Order Filed on June 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.,<br><br>                               Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |
| NEW JERSEY ORTHOPAEDIC INSTITUTE LLC and NORTHLANDS ORTHOPAEDIC INSTITUTE LLC,<br><br>                               Plaintiffs,<br>v.<br><br>ANTHONY FESTA, M.D., ANTHONY SCILLIA, M.D., CRAIG WRIGHT, M.D., JOHN CALLAGHAN, M.D., CASEY PIERCE, M.D., AND ACADEMY ORTHOPAEDICS LLC,<br><br>                               Defendants. | Adv. Pro. No. 25-01036 (JKS) |

**SIXTH INTERIM ORDER TO AVOID AND RECOVER PREFERENTIAL
TRANSFERS, ENFORCE THE AUTOMATIC
STAY PURSUANT TO 11 U.S.C. §362, AND ORDER TO SHOW CAUSE**

The relief set forth on the following pages numbered two and three, is hereby ORDERED.

**DATED: June 5, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been brought before the court upon the *Verified Complaint of New Jersey Orthopaedic Institute LLC and Northlands Orthopaedic Institute LLC* (collectively, the "**Debtors**"), through their proposed counsel, Saul Ewing LLP, and upon the objections of the defendants and Judgement Creditors, Anthony Festa, M.D., Anthony Scillia, M.D., Craig Wright, M.D., John Callaghan, M.D., Casey Peirce, M.D. and Academy Orthopaedics, LLC (collectively, the "**Judgment Creditors**"); and the Court having considered the Verified Complaint submitted, and for good cause shown, and by agreement of the Debtors and Judgment Creditors,

IT IS ORDERED that Saul Ewing LLP shall release the amount of $50,000.00 (the "**$50K Transfer**") from the escrowed funds held in connection with this case, and transfer that amount to the Debtors. The Judgment Creditors' continue to hold a replacement lien and super priority administrative claim on the value of the $50K Transfer, on an interim basis, pending further order of the Court.

IT IS FURTHER ORDERED that the Debtors may pay Dr. Vincent McInerney 75% of his regular post-petition distribution for current and future pay periods, in the amount of $14,284.61. This amount shall be paid from the Debtors' post-petition receipts on hand, and not the funds currently held by Saul Ewing LLP pursuant to the Court's February 14, 2025 Order *[ECF # 8]*.

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

IT IS FURTHER ORDERED that this post-petition payment made to Dr. Vincent McInerney under this Order is without prejudice to any determination by the Court, including any determination by the Court that said payment is in excess of the reasonable value of Dr. Vincent McInerney's post-petition services to the Debtor since the Petition Date and subject to repayment to the Debtors under Sections 549 and 550 of the United States Bankruptcy Code and/or should be characterized as wages (and not distributions) for professional services rendered.

A further hearing in this matter will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, Courtroom 3D, 50 Walnut Street, Newark, New Jersey 07102 on June 17, 2025 at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

New Jersey Orthopaedic Institute LLC,
    Plaintiff

Festa, MD,
    Defendant

Adv. Proc. No. 25-01036-JKS

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 05, 2025 | Form ID: pdf903 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 3pp | + | Academy Orthopaedics, LLC, Brach Eichler LLC, c/o Paul DeMartino, Esq., 101 Eisenhower Parkway, Roseland, NJ 07068-1053 |
| 3pp | + | Anthony Festa, MD, 32 Condit Rd, Mountain Lakes, NJ 07046-1227 |
| 3pp | + | Anthony Scillia, MD, 1125 Maxwell Lane, Unit 600, Hoboken, NJ 07030-6842 |
| 3pp | + | Casey Pierce, MD, 105 Andover Rd, Wayne, NJ 07470-2951 |
| 3pp | + | Craig Wright, MD, 3 Briar Hill Rd, Montclair, NJ 07042-1602 |
| 3pp | + | John Callaghan, MD, 107 Upper Mountain Avenue, Montclair, NJ 07042-1903 |
| pla | + | New Jersey Orthopaedic Institute LLC, 504 Valley Road, Suite 200, Wayne, NJ 07470-3534 |
| pla | + | Northlands Orthopaedic Institute LLC, 504 Valley Road, Suite 200, Wayne, NJ 07470-3534 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3pd | | Vincent McInerney |
| dft | *+ | Academy Orthopaedics, LLC, Brach Eichler LLC, c/o Paul DeMartino, Esq., 101 Eisenhower Parkway, Roseland, NJ 07068-1053 |
| dft | *+ | Anthony Festa, MD, 32 Condit Rd, Mountain Lakes, NJ 07046-1227 |
| dft | *+ | Anthony Scillia, MD, 1125 Maxwell Lane, Unit 600, Hoboken, NJ 07030-6842 |
| dft | *+ | Casey Pierce, MD, 105 Andover Rd, Wayne, NJ 07470-2951 |
| dft | *+ | Craig Wright, MD, 3 Briar Hill Rd, Montclair, NJ 07042-1602 |
| dft | *+ | John Callaghan, MD, 107 Upper Mountain Avenue, Montclair, NJ 07042-1903 |
| cd | *+ | New Jersey Orthopaedic Institute LLC, 504 Valley Road, Suite 200, Wayne, NJ 07470-3534 |
| cd | *+ | Northlands Orthopaedic Institute LLC, 504 Valley Road, Suite 200, Wayne, NJ 07470-3534 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 07, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl J. Soranno | on behalf of 3rd Party Plaintiff John Callaghan  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff Craig Wright  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Craig Wright  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff Anthony Scillia  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Anthony Scillia  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff Academy Orthopaedics  LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff Casey Pierce  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant John Callaghan  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff Anthony Festa  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Casey Pierce  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Anthony Festa  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Academy Orthopaedics  LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Stephen B. Ravin | on behalf of Plaintiff Northlands Orthopaedic Institute LLC sravin@saul.com  jgillman@saul.com |
| Stephen B. Ravin | on behalf of Plaintiff New Jersey Orthopaedic Institute LLC sravin@saul.com  jgillman@saul.com |
| Turner Falk | on behalf of Plaintiff New Jersey Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Plaintiff Northlands Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email |

TOTAL: 16