|   |   |
|---|---|
| **aUNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:  stephen.ravin@saul.com <br>         turner.falk@saul.com <br><br> *Counsel to the Debtors and Debtors in Possession* |   |
| In re: <br><br> NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-11370 (JKS) <br><br> (Jointly Administered) |
| NEW JERSEY ORTHOPAEDIC INSTITUTE LLC and NORTHLANDS ORTHOPAEDIC INSTITUTE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY FESTA, M.D., ANTHONY SCILLIA, M.D., CRAIG WRIGHT, M.D., JOHN CALLAGHAN, M.D., CASEY PIERCE, M.D., AND ACADEMY ORTHOPAEDICS LLC, <br><br> Defendants. | Adv. Pro. No. 25-01036 (JKS) <br><br> HEARING DATE AND TIME: July 15, 2025 at 10:00 a.m. |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE <u>APPROVING THE SETTLEMENT AGREEMENT</u>**

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55489409.1

**PLEASE TAKE NOTICE** that on **July 15, 2025 at 10:00 a.m.** (Eastern Time), or as soon thereafter as counsel may be heard, the above-captioned debtors (the "Debtors"), by and through their undersigned counsel, will move before the Honorable John K. Sherwood, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, Courtroom 3D, for entry of an order, substantially in the form submitted herewith, granting the Debtors' motion for an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure approving the settlement agreement (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Debtors shall rely upon the Motion submitted concurrently herewith and the declaration and exhibits thereto. The Debtors submit that no separate memorandum of law is necessary because the applicable law is adequately set forth in the supporting Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless timely objection is received.

[*Remainder of page left intentionally blank*]

**PLEASE TAKE FURTHER NOTICE** that an order granting the relief requested herein is submitted herewith and made part of the Motion herein.

Dated: June 23, 2025                                   **SAUL EWING LLP**

                                                    By:/s/ *Stephen B. Ravin*
                                                        Stephen B. Ravin, Esquire
                                                        Turner N. Falk, Esquire
                                                        One Riverfront Plaza
                                                        1037 Raymond Blvd., Suite 1520
                                                        Newark, NJ 07102-5426
                                                        Telephone: (973) 286-6714
                                                        E-mail:stephen.ravin@saul.com
                                                                turner.falk@saul.com

                                                        *Counsel for Debtors and Debtors in Possession*