**EXHIBIT A**

**Proposed Order**

55489409.1

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>Debtors.[6] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |
| NEW JERSEY ORTHOPAEDIC INSTITUTE LLC and NORTHLANDS ORTHOPAEDIC INSTITUTE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY FESTA, M.D., ANTHONY SCILLIA, M.D., CRAIG WRIGHT, M.D., JOHN CALLAGHAN, M.D., CASEY PIERCE, M.D., AND ACADEMY ORTHOPAEDICS LLC,<br><br>Defendants. | Adv. Pro. No. 25-01036 (JKS) |

**ORDER PURSUANT TO RULE 9019(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING THE SETTLEMENT AGREEMENT**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

---

[6] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55489409.1

Page 2

| | |
|---|---|
| Debtors: | New Jersey Orthopaedic Institute LLC, *et al.* |
| Case No. | 25-11370 (JKS) |
| Adversary Pro. No. | 25-01036 (JKS) |
| Caption: | ORDER PURSUANT TO RULE 9019(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING THE SETTLEMENT AGREEMENT |

AND NOW, upon consideration of the Debtors' Motion (the "<u>Motion</u>")[7] pursuant to Bankruptcy Rule 9019(a), for entry of an order approving the Settlement Agreement resolving the Adversary Proceeding and claims allowance disputes in the Chapter 11 Cases, and the Court having found good and sufficient cause for relief granted herein, it is hereby ORDERED and DECREED as follows:

1. The Motion is GRANTED.

2. The terms laid out in the Settlement Agreement attached to the Motion as **Exhibit B** are approved in their entirety pursuant to Bankruptcy Rule 9019.

3. Any objections to the Motion that have not been withdrawn or resolved are overruled in their entirety.

4. The Debtors' counsel shall serve a copy of this Order on all interested parties within seven (7) days of the date hereof.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[7] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

55489409.1