UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.,

Case No.: 25-11370
Chapter: 11
Judge: John K. Sherwood

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

New Jersey Orthopaedic Institute LLC, Debtor-Plaintiffs, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on July 15, 2025 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3D, 50 Walnut St. 3rd Floor, Newark, NJ 07102 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Preference Avoidance and recovery, 11 USC 547, 550
Order to Show Cause

Pertinent terms of settlement:
Allowance of Creditor-Defendants' claims;
Transfer of Debtors' property securing allowed claims;
Agreed treatment for Creditor-Defendants in Plan;
Creditor-Defendant support for Plan;
Additional consideration contributed by Debtors' principals.

See Motion for further information.

Objections must be served on, and requests for additional information directed to:

Name: Stephen B. Ravin, Esquire
Address: One Riverfront Plaza 1037 Raymond Blvd., Suite 1520 Newark, NJ 07102-5426
Telephone No.: (973) 286-6714

rev.8/1/15